## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CSMN OPERATIONS, LLC, et al.,

      Plaintiffs,

      v.                                                   Civil Action No. 25-cv-01965-SKC-CYC

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC., d/b/a ANTHEM
BLUECROSS and BLUESHIELD, et al.,

      Defendants.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

---

Defendants (1) Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") and (2) Blue Cross Blue Shield of Michigan ("BCBSM") (collectively, "Defendants") file this unopposed motion seeking a brief extension of time, to and including **June 5, 2026**, to respond to Plaintiffs' First Amended Complaint.  In support of this motion, Defendants state:

1. Plaintiffs filed the First Amended Complaint on November 4, 2025 (ECF No. 127);

2. Defendants were served, and there deadlines were extended to move, answer, or otherwise respond to the First Amended Complaint to May 1, 2026;

3. Defendants are in active discussions with Plaintiffs regarding this matter, including underlying facts, documents, and issues in an attempt to narrow or resolve the dispute;

4. Defendants need additional time to investigate the facts of this case and prepare a response, including because the Parties are exchanging additional information;

5. This motion is made for good cause and not for the purpose of undue delay and is being submitted before the expiration of the current deadline for Defendants to each respond to Plaintiffs' First Amended Complaint;

6. This is Defendants' fifth request for an extension of time, as necessary for ongoing conferrals;

7. Pursuant to D.C.COLO.LCivR 6.1(a), undersigned counsel conferred with Plaintiffs' counsel to request an extension of Defendants' time to respond to and including **June 5, 2026**;

8. Plaintiffs' counsel stated that Plaintiffs do not oppose the requested extension;

9. Pursuant to D.C.COLO.L.CivR 6.1(c), undersigned counsel will serve a copy of this motion on Defendants; and

10. A proposed order is attached.

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Ada W. Dolph*
 Ada W. Dolph
 233 S. Wacker Drive
 Suite 8000
 Chicago, IL 60606-6448
 adolph@seyfarth.com
 Telephone: (312) 460-5977
 Facsimile: (312) 460-7000

 *Attorneys for Defendant Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross Blue Shield of Michigan*

Date: May 21, 2026

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2026, a true and correct copy of the foregoing was

filed via CM/ECF, which will send notification of such filing to all counsel of record.


*/s/ Ada W. Dolph*
Ada W. Dolph