**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01965-SKC-CYC

CSMN OPERATIONS LLC, et al.

v.

ROCKY MOUNTAIN HOSPITAL and MEDICAL SERVICE INC,
d/b/a ANTHEM BLUECROSS and BLUESHIELD, et al.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY
BRIEF FOR ANTHEM DEFENDANTS' MOTIONS TO DISMISS**

---

Pursuant to D.C.COLO.LCivR 6.1 and 7.1(d) and Civil Practice Standard 6.1A,

Defendants Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield,

incorrectly identified as Anthem Blue Cross and Blue Shield Connecticut ("Anthem

Connecticut"); Defendant Anthem Insurance Companies, Inc. dba Anthem Blue Cross

and Blue Shield, incorrectly identified as Anthem Blue Cross and Blue Shield Indiana

("Anthem Indiana"); Healthy Alliance Life Insurance Company dba Anthem Blue

Cross and Blue Shield, incorrectly identified as Anthem Blue Cross and Blue Shield

Missouri ("Anthem Missouri"); Community Insurance Company dba Anthem Blue

Cross and Blue Shield, incorrectly identified as Anthem Blue Cross and Blue Shield

Ohio ("Anthem Ohio"); and Anthem Health Plans of Virginia, Inc. dba Anthem Blue

Cross and Blue Shield, incorrectly identified as Anthem Blue Cross and Blue Shield

Virginia ("Anthem Virginia") (together, "Defendants") file this unopposed motion to

extend Defendants' deadline to file a reply brief to Plaintiffs' Joint Opposition (ECF

No. 559) to Defendants' Motion to Dismiss (ECF No. 440) from June 2, 2026 to **June 30, 2026**.[1]

1.    **Certification Pursuant to D.C.COLO.LCivR 7.1(a)**: Counsel for Defendants conferred with counsel for Plaintiffs regarding the relief sought in this motion.  Plaintiffs do not oppose Defendants' request for an extension of time.

## BACKGROUND

2.    Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint on March 13, 2026. (ECF No. 440.) Pursuant to D.C.COLO.LCivR 7.1(d), Plaintiffs' initial deadline to respond to the Motion to Dismiss was April 3, 2026.

3.    On April 3, 2026, this Court granted Plaintiffs' unopposed request for an extension of time to file a response to the Motion to Dismiss by April 27, 2026. (ECF No. 480, 481.)

4.    On April 25, 2026, this Court granted Plaintiffs' unopposed request for an extension of time to file a response to the Motion to Dismiss by May 6, 2026.  (ECF No. 509, 516.)

5.    On May 7, 2026, this Court granted Plaintiffs additional time to file a response to the Motion to Dismiss by May 19, 2026.  (ECF No. 530, 531.)

6.    On May 19, 2026, Plaintiffs filed their Joint Opposition (ECF No. 559) in response to Defendants' Motion to Dismiss.

---

[1] Several entities were dismissed after the filing of the Motion to Dismiss and are no longer parties to the action. (*See* ECF No. 555.)

### REQUEST FOR EXTENSION OF TIME TO FILE REPLY

7. Defendants respectfully request that the Court extend their current reply deadline of June 2, 2026 by four weeks, to **June 30, 2026**. Plaintiffs do not oppose this request.

8. Plaintiffs' Joint Opposition advances many arguments to which Defendants intend to reply.

9. Defendants require more than the default 14 days to adequately review and analyze Plaintiffs' Joint Opposition; to review and assess the caselaw and other authorities cited; and to draft responses to the arguments advanced therein. For this reason, good cause exists to extend Defendants' reply deadline by four weeks, to June 30, 2026.

10. No extension of Defendants' reply deadline has been given previously.

11. This motion is made for good cause and not for the purpose of undue delay.

12. This motion is submitted before the expiration of Defendants' current reply deadline.

13. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will serve a copy of this motion on his clients.

14. Accordingly, Defendants respectfully request an extension of Defendants' reply deadline by four weeks, to June 30, 2026.

3

## CONCLUSION

THEREFORE, Defendants request that their deadline to file a reply brief to the Joint Opposition of Plaintiffs (ECF No. 559) to Defendants' Motion to Dismiss (ECF No. 440) be extended from June 2, 2026 to June 30, 2026.

June 1, 2026

<div style="margin-left:40%;">

*/s/ Blake A. Gansborg*
Blake A. Gansborg
Halley T. Herbst
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO  80202
Telephone: (303) 583-9900
Facsimile: (303) 583-9999
blake.gansborg@nelsonmullins.com
halley.herbst@nelsonmullins.com

Bradley D. Barringer
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 799-2000
Facsimile: (803) 256-7500
brad.barringer@nelsonmullins.com

*Attorneys for Defendants Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Connecticut; Anthem Insurance Companies, Inc. dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Indiana; Healthy Alliance Life Insurance Company dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Missouri; Community*

</div>

4

5

*Insurance Company dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Ohio; and Anthem Health Plans of Virginia, Inc. dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Virginia*

## CERTIFICATE REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

Undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

*/s/ Blake A. Gansborg*
of Nelson Mullins Riley & Scarborough LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2026, I electronically filed the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF FOR ANTHEM DEFENDANTS' MOTIONS TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of the filing to all attorneys of record.

In addition, service of this motion was made as required by D.C.COLO.LCivR 6.1(c) through the following individual designated to accept service on the Defendants' behalf:

*For Defendants Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Connecticut; Anthem Insurance Companies, Inc. dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Indiana; Healthy Alliance Life Insurance Company dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Missouri; Community Insurance Company dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Ohio; Anthem Health Plans of Virginia, Inc. dba Anthem Blue Cross and Blue Shield, incorrectly identified on caption as Anthem Blue Cross and Blue Shield Virginia.*

Lori Baldy, Associate General Counsel

_/s/Blake A. Gansborg_
Blake A. Gansborg