**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CSMN OPERATIONS LLC, CSMN OPERATIONS II LLC, PATIENTS 1-42, and PATIENT DOES 1-1000, <br><br> Plaintiffs, <br><br> v. <br><br> ROCKY MOUNTAIN HOSPITAL and MEDICAL SERVICE INC, d/b/a ANTHEM BLUECROSS and BLUESHIELD et al., <br><br> Defendants. | Civil Action No.: 1:25-cv-01965 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS**

Pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCivR 6.1, Defendants Regence

BlueShield and Regence BlueCross BlueShield of Utah ("Regence BCBS Utah)

(together, "Moving Defendants"),[1] by and through counsel, Hogan Lovells US LLP,

respectfully file this unopposed motion for an extension of time, up to and including

---

[1] The Moving Defendants' motion to dismiss originally included defendants Blue Cross & Blue Shield of Rhode Island ("BCBS Rhode Island"), Blue Cross Blue Shield of North Dakota ("BCBS North Dakota"), Regence BlueCross BlueShield of Oregon ("Regence BCBS Oregon"), and Regence BlueShield of Idaho, Inc. ("Regence BlueShield Idaho"), but Plaintiffs have voluntarily dismissed these defendants, which the Court granted on May 26, 2026. *See* ECF Nos. 569, 571.

1

June 26, 2026, to respond to Plaintiffs' Opposition (ECF No. 570) to Defendants' Motion to Dismiss (ECF No. 473).

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 6.1(a), undersigned counsel conferred with Plaintiffs' counsel by email on May 29, 2026. Plaintiffs do not oppose the requested extension.

## MOTION

1.     On June 24, 2025, Plaintiffs filed their Complaint ("Complaint") against various defendants alleging violations of (i) the federal Mental Health Parity and Addition Equity Act of 2008 ("Parity Act") under the Employee Retirement Income Security Act of 1974 ("ERISA") and (ii) Colorado's network adequacy laws.  Plaintiffs amended the complaint with the First Amended Complaint ("FAC") on November 4, 2025, which added the Moving Defendants.  ECF No. 127.

2.     On March 30, 2026, the Moving Defendants moved to dismiss the FAC, which would have set Plaintiffs' response date as April 20, 2026, and the Moving Defendants' reply date as May 4, 2026, pursuant to D.C.Colo.L.Civ.R.7.1(d). Plaintiffs moved three separate times for extensions of time, which the Moving Defendants did not oppose,[2] to respond to the Moving Defendants' motion to dismiss

---

[2] In not opposing those three requests, Plaintiffs agreed that they would "extend the same courtesy" for the Moving Defendants' reply brief.

(ECF Nos. 504, 521, 548).  The Court granted each of these requests.  *See* ECF Nos. 505, 522, 549.  Plaintiffs filed their response to the motion to dismiss on May 22, 2026.

3.      For good cause shown, the Court may extend the time for the Moving Defendants to answer or otherwise respond to the Complaint.  *See* Fed. R. Civ. P. 6(b)(1)(A); *see also* D.C.Colo.L.Civ.R.6.1(a).  The Moving Defendants require more than the default 14 days to: adequately review and analyze Plaintiffs' Response; review and assess the caselaw and other authorities cited therein; and draft responses to the arguments advanced therein.  Given that, and the intervening federal holiday, the Moving Defendants respectfully request that the Court enter an order to extend the Moving Defendants' time to file their reply to Plaintiffs' opposition until June 26, 2026.

4.      This is the Moving Defendants' first request to the Court for an extension of time to reply to Plaintiffs' opposition.  The Moving Defendants are not seeking an extension in bad faith.  The Court has stayed briefing on Plaintiffs' motion for preliminary injunction to first address jurisdictional issues identified by the Moving Defendants and other defendants in their motions to dismiss.  *See* ECF No. 536.

5.      WHEREFORE, the Moving Defendants respectfully request that the Court enter an order extending the time for the Moving Defendants to reply to Plaintiffs' Opposition until June 26, 2026.

Respectfully submitted on June 2, 2026,

*/s/ Elizabeth A. Och*
Elizabeth Alice Och
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Tel: (303) 454-2469
Fax: (303) 899-7333
Elizabeth.och@hoganlovells.com

Briana L. Black (*pro hac motion forthcoming*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
briana.black@hoganlovells.com

*Attorneys for Defendants*
*Regence BlueShield, and*
*Regence BlueCross BlueShield of Utah.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** was electronically filed and served via CM/ECF on all counsel of record.

I further hereby certify pursuant to SKC Civ. Practice Standard 6.1A(b) that on June 2, 2026, the foregoing motion was served on counsel for Regence BlueShield and Regence BlueCross BlueShield of Utah., Brittney Piper, by email.

*/s/ Elizabeth A. Och*