IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CSMN OPERATIONS, LLC, et al.,

Plaintiffs,

v.

Civil Action No. 25-cv-01965-SKC-CYC

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC., d/b/a ANTHEM
BLUECROSS and BLUESHIELD, et al.,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
FOR BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.**

---

Defendant Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") files this unopposed motion seeking a brief extension of time, to and including **June 19, 2026**, to respond to Plaintiffs' First Amended Complaint. In support of this motion, Defendants state:

1. Plaintiffs filed the First Amended Complaint on November 4, 2025 (ECF No. 127);

2. BCBSMA was served, and there deadlines were extended to move, answer, or otherwise respond to the First Amended Complaint to June 5, 2026;

3. BCBSMA is in active discussions with Plaintiffs regarding this matter, including underlying facts, documents, and issues in an attempt to narrow or resolve the dispute;

4. BCBSMA need additional time to prepare a response, including because the Parties are exchanging additional information, and the case may be narrowed or resolved in the near term;

5. This motion is made for good cause and not for the purpose of undue delay and is being submitted before the expiration of the current deadline for BCBSMA to respond to Plaintiffs' First Amended Complaint;

6. This is BCBSMA's sixth request for an extension of time, as necessary for ongoing conferrals, which are geared towards trying to conserve judicial resources, if the First Amended Complaint can be narrowed or resolved against BCBSMA without filing a motion to dismiss;

7. Pursuant to D.C.COLO.LCivR 6.1(a), undersigned counsel conferred with Plaintiffs' counsel to request an extension of time to respond to and including **June 19, 2026**;

8. Plaintiffs' counsel stated that Plaintiffs do not oppose the requested extension;

9. Pursuant to D.C.COLO.L.CivR 6.1(c), undersigned counsel will serve a copy of this motion on Defendants; and

10. A proposed order is attached.

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Ada W. Dolph*
     Ada W. Dolph
     233 S. Wacker Drive
     Suite 8000
     Chicago, IL 60606-6448
     adolph@seyfarth.com
     Telephone: (312) 460-5977
     Facsimile: (312) 460-7000

*Attorneys for Defendant Blue Cross and Blue Shield of Massachusetts, Inc.*

Date:  June 3, 2026

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2026, a true and correct copy of the foregoing was

filed via CM/ECF, which will send notification of such filing to all counsel of record.


/s/ Ada W. Dolph
Ada W. Dolph