IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-1965-SKC-CYC

CSMN OPERATIONS LLC, et al.,

     Plaintiffs,

v.

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC, d/b/a ANTHEM
BLUECROSS and BLUESHIELD, et al.

     Defendants.

## DEFENDANT EXCELLUS BLUECROSS BLUESHELD'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant Excellus BlueCross BlueShield ("Excellus") respectfully requests an extension of time, from June 4, 2026 to and including June 22, 2026, to file a reply in support of its Amended Motion to Dismiss (Dkt. 445), pursuant to F.R.C.P. 6(b) and D.C.COLO.LCivR. 6.1. In support of this Motion, Excellus states as follows:

1.     Counsel for Excellus conferred with Plaintiffs' counsel and is authorized to state that Plaintiffs do not oppose this motion.

2.     Excellus filed its Amended Motion to Dismiss on March 16, 2026. Dkt 445.

3.     Plaintiffs requested, and were granted, three extensions to file their response: a 45-day extension, an extension from April 30, 2026 to May 13, 2026, and an extension from May 13 to May 21, 2026. Dkt. 472, 474, 524, 525.

4.     Excellus' reply brief is currently due June 4, 2026.

5.      This is Excellus' first request for an extension of time to file a reply in support of its Amended Motion to Dismiss.

6.      Excellus requests a brief extension of time, up to and including June 22, 2026, to file its reply due to the number of arguments raised in Plaintiffs' response brief.

7.      This Motion is not made for purpose of delay, no party will be prejudiced by the requested extension, nor will the extension delay any upcoming Court deadlines or proceedings.

8.      Counsel will contemporaneously serve Excellus with a copy of this Motion, as required by D.C.COLO.LCivR 6.1(c).

WHEREFORE, pursuant to F.R.C.P. 6(b) and D.C.COLO.LCivR 6.1, Excellus respectfully requests the Court grant an unopposed extension of time, up to and including June 22, 2026, to file a reply in support of its Amended Motion to Dismiss.

Dated June 3, 2026.

Respectfully submitted,


 */s/ Mark B. Wiletsky*
Mark B. Wiletsky
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Ph: (303) 473-2864
MBWiletsky@hollandhart.com


**ATTORNEYS FOR DEFENDANT EXCELLUS**

-2-

-3-

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, I have caused to be electronically filed the foregoing with

the Clerk of Court using CM/ECF system which will send notification of such filing to all

counsel of record.

_/s/Mark B. Wiletsky_____

38073645_v1