IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. District Judge S. Kato Crews**

---

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Mary George

Date:  June 4, 2026

---

Case No.:  25-cv-01965-SKC-CYC

| Parties | Counsel |
|---|---|
| CSMN OPERATIONS LLC, *et al.* | Brian King<br>Sarah Baker |
| Plaintiff, | |
| v. | |
| ROCKY MOUNTAIN HOSPITAL AND<br>MEDICAL SERVICE, INC., *et al.*, | Blake Gansborg |
| | Halley Herbst |
| Defendants. | Zoe Stendara |
| | Carol Lewis |
| | Mark Wiletsky |
| | Katherine Reynolds |
| | Matthew Haar |
| | Elizabeth Och |
| | Sean Nalty |
| | Katherine Raunikar |
| | Katherine Perkins |
| | Chad Hansen |
| | Taryn Hill |

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE – Video teleconference (VTC)**
**Court in session:       10:07 a.m.**

Court calls case.  Appearances of counsel.

Discussion held regarding the status of the case, service of the First Amended Complaint on defendants, response deadlines, and streamlining briefing on the pending Motions to Dismiss.

For reasons and stated on the record, it is

ORDERED:  The Motions to Dismiss (ECF Nos. 214, 217, 218, 316, 381, 412, 438, 440, 442, 443, 445, 473, 518) are DENIED without prejudice.  Counsel shall meet and confer **on or before June 18, 2026,** regarding any common issues set forth in the motions to dismiss.

Counsel should then file a motion for issues that are common to all defendants and then motions for issues that are common to certain defendant groups but not common to all defendants, as set forth on the record.  Defendants should work together in the most efficient manner possible.

A Notice informing the Court regarding counsel's conferral shall be filed on or before **June 25, 2026,** including the agreed upon briefing schedule for the refiling of the Motions to Dismiss, service on Anthem BlueCross BlueShield, service on other defendants discussed today and whether response deadlines have passed or not.

Counsel shall advise new counsel for defendants who have been served but have not yet entered an appearance of the outcome if this Status Conference and what the Court's expectations are regarding the Motions to Dismiss.

Any pending deadlines for replies or responses to the Motions to Dismiss are VACATED.  New deadlines will be set after the June 25, 2026, Notice is filed.

ORDERED:  The Motion to Stay Discovery Pending Resolution of Defendants' Dispositive Motions (ECF No. 539) is **no longer referred to Magistrate Judge Chung.  The Motion is GRANTED as stated on the record.**

**Court in recess:**     **10:35 a.m.**
Time in court:           00:28
Hearing concluded.