## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01965-SKC-CYC

CSMN OPERATIONS LLC, CSMN
OPERATIONS II LLC, *et al.*, and PATIENT
DOES 1-1000,

     Plaintiffs,

v.

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC, d/b/a ANTHEM
BLUECROSS and BLUESHIELD, *et al.*,

     Defendants.

---

**DEFENDANTS SNC LAVALIN EMPLOYEE BENEFITS PLAN'S AND TULANE UNIVERSITY WELFARE BENEFITS PLAN'S MOTION TO JOIN THE MEMBER-IDENTIFIED DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 10, 12(b)(1), AND (6), AND 28 U.S.C. § 1404(a)**

---

Defendants SNC Lavalin Employee Benefits Plan ("SNC Lavalin Plan") and Tulane University Welfare Benefits Plan ("Tulane Plan"), by and through their undersigned counsel, submit this Motion to Join the Member-Identified Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 8, 10, 12(b)(1), and (6), and 28 U.S.C. § 1404(a).  ECF No. 442.

1. On November 4, 2025, Plaintiffs filed their First Amended Complaint. ECF No. 127.

2. On March 13, 2026, the Member-Identified Defendants filed their Motion to Dismiss the Plaintiffs' First Amended Complaint.  ECF No. 442.

3. In the interests of expediency and judicial efficiency, and following the Court's instructions given at the June 4, 2026, Status Conference, the SNC Lavalin Plan and the Tulane Plan should be allowed to join the Motion to Dismiss filed by the Member-Identified Defendants.

WHEREFORE, the SNC Lavalin Employee Benefits Plan and the Tulane University Welfare Benefit Plan respectfully request that this Court approve its Motion to Join the Motion to Dismiss filed by the Member-Identified Defendants (ECF No. 442), dismiss Plaintiffs' First Amended Complaint with prejudice as to all Defendants, and for such other relief as this Court deems just and appropriate.

Respectfully submitted,

JACKSON LEWIS, P.C.

*s/ Donald P. Sullivan*
René E. Thorne
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Email: Rene.Thorne@jacksonlewis.com

Donald P. Sullivan
50 California St., 9th Floor
San Francisco, California 94111
Telephone: (415) 796-5453
Email:
Donald.Sullivan@jacksonlewis.com

*Attorneys for Defendant*
*SNC Lavalin Employee Benefits Plan*

## CERTIFICATE REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE

Pursuant to Hon. S. Kato Crews' Standing Order for Civil Cases, the undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

s/ *Donald P. Sullivan*
for Jackson Lewis P.C.

## CERTIFICATE OF SERVICE

I certify that on June 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all attorneys of record.

Pursuant to D.C. COLO. RCivR. 6.1, I further hereby certify that the foregoing motion was served by email on SNC Lavalin Employee Benefits Plan client representative Jason Botelho and Tulane University Welfare Benefits Plan client representative David Stein.

s/ *Donald P. Sullivan*
for Jackson Lewis P.C.

4927-3412-0628, v. 1