## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01965-SKC-CYC

CSMN Operations LLC, et. al.,

      Plaintiffs,

v.

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC. d/b/a
ANTHEM BLUE CROSS AND BLUE
SHIELD, et al.,

      Defendants.

## MOTION TO WITHDRAW TAYLOR A. MARCUSSON AS COUNSEL

PLEASE TAKE NOTICE that pursuant to D.C. Colo. L.attyR 5(b), Attorney Taylor A. Marcusson hereby moves to withdraw as counsel for Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Arizona, Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Kansas, Blue Cross and Blue Shield of Kansas City, Blue Cross and Blue Shield of Minnesota, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Nebraska, Blue Cross and Blue Shield of Oklahoma, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of Wyoming, The Baker Tilly Group Insurance Plan ("Represented Parties") and be removed from electronic notifications for this matter.

Taylor A. Marcusson entered an appearance on behalf of the Represented Parties. ECF Nos. 299, 338, 345. Pursuant to Rule 1.16 of the Colorado Rules of Professional Conduent, the requested withdrawal "can be accomplished without material adverse effect on the interests" of the Represented Parties because Rebecca

R. Hanson from Crowell & Moring LLP will continue to serve as counsel on behalf of the Represented Parties. Good cause exists for the withdrawal because the undersigned is no longer employed by or associated with Crowell & Moring LLP.

WHEREFORE, pursuant to D.C. Colo. L.attyR 5(b), the undersigned respectfully requests the Court enter an Order permitting Taylor A. Marcusson to withdraw as counsel for the Represented Parties.

Dated:        June 10, 2026

By:/s/ *Taylor A. Marcusson*
       Taylor A. Marcusson
       taylor.marcusson@sidley.com

One South Dearborn Street
Chicago, Illinois  60603
Telephone:  +1 312 853-7000
Facsimile:   +1 312 853 7036

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th of June, 2026, I electronically filed the foregoing Motion to Withdraw Taylor A. Marcusson as Counsel with the Clerk of Court using the CM/ECF system which shall electronically serve all counsel of record.

DATED at Chicago, Illinois this 10th of June, 2026        */s/ Taylor A. Marcusson*
Taylor A. Marcusson