**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01965 SKC CYC

CSMN OPERATIONS LLC, CSMN
OPERATIONS II LLC, *et al*, and PATIENT
DOES 1-1000,

      Plaintiffs,

v.

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC, d/b/a ANTHEM
BLUECROSS and BLUESHIELD, *et al*.,

      Defendants.

---

**FIFTH JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT
SNC LAVALIN EMPLOYEE BENEFITS PLAN TO RESPOND TO
PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

Defendant, SNC Lavalin Employee Benefits Plan ("SNC Lavalin Plan"), and Plaintiffs, by and through their undersigned counsel, submit this Fifth Joint Motion to Extend the Deadline for the SNC Lavalin Plan to respond to Plaintiffs' First Amended Complaint.  ECF No. 127.

Plaintiffs filed their First Amended Complaint on November 4, 2025.  ECF No. 127.  Since that time, numerous Defendants have filed motions to dismiss. On June 4, 2026, the Court held a status conference regarding responsive pleadings due to the number of Defendants submitting motions to dismiss.  ECF No. 590.  The Court instructed that Defendants file a consolidated motion to dismiss, and any issues unique to a particular Defendant could be raised in a separate motion. Counsel are required to meet and confer by June 18, 2026.  *Id*.  Further, the Parties are required to submit a notice regarding conferral and a briefing schedule by June 25, 2026.  *Id*.

Because the date for SNC Lavalin Plan to respond to the First Amended Complaint is after

the Court's June 4, 2026, Conference, but before the date by which the parties to the lawsuit are

ordered to submit a proposed briefing schedule on the motions to dismiss, Plaintiff and the SNC

Lavalin Plan make this request to extend the date by which the SNC Lavalin Plan must respond to

the First Amended Complaint to be the date identified in the parties' June 25, 2026 briefing

schedule as the date to file responsive pleadings.

Respectfully submitted,

| BRIAN S. KING, P.C. | JACKSON LEWIS, P.C. |
|---|---|
| *s/ Brian S. King* | *s/ Donald P. Sullivan* |
| Brian S. King, #4610 | René E. Thorne |
| 420 East South Temple, Suite 420 | 601 Poydras Street, Suite 1400 |
| Salt Lake City, UT 84111 | New Orleans, Louisiana 70130 |
| Telephone: (801) 532-1739 | Telephone:    (504) 208-1755 |
| Facsimile: (801) 532-1936 | Facsimile:    (504) 208-1759 |
| Email: Brian@briansking.com | Email: Rene.Thorne@jacksonlewis.com |
| | |
| SARAH J. BAKER PC | Donald P. Sullivan |
| Sarah J. Baker | 50 California St., 9th Floor |
| P.O. Box 4551 | San Francisco, CA 94111 |
| Eagle, CO 81631 | Telephone: (415) 796-5453 |
| Telephone: (970) 331-0799 | Facsimile:  (415) 394-9401 |
| Email: sbaker@sbakerpc.com | Email: Donald.Sullivan@jacksonlewis.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| | *SNC Lavalin Employee Benefits Plan* |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of the filing to all attorneys of record.

Pursuant to D.C. COLO. RCivR. 6.1, I further hereby certify that the foregoing motion was

served by email on SNC Lavalin Employee Benefits Plan client representatives: Jason Botelho.

        s/ *Donald P. Sullivan*
        for Jackson Lewis P.C.

Pursuant to D.C.COLO.RCivR. 6.1, I further hereby certify that the foregoing motion was

served by email on the following individual designated to accept service on behalf of Plaintiffs:

Sarah J. Baker
General Counsel
All Points North
2205 Cordillera Way
Edwards, CO 81632
sbaker@apn.com

        */s/Brian King*
        Brian King

4938-7817-0780, v. 2