**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01965 SKC CYC

CSMN OPERATIONS LLC, CSMN
OPERATIONS II LLC, *et al*, and PATIENT
DOES 1-1000,

       Plaintiffs,

v.

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC, d/b/a ANTHEM
BLUECROSS and BLUESHIELD, *et al*.,

       Defendants.

---

**SIXTH JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT
TULANE UNIVERSITY WELFARE BENEFITS PLAN TO RESPOND TO
PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

Defendant, Tulane University Welfare Benefits Plan ("Tulane Plan") and Plaintiffs, by and through their undersigned counsel, submit this Sixth Joint Motion to Extend the Deadline for the Tulane Plan to respond to Plaintiffs' First Amended Complaint. ECF No. 127.

Plaintiffs filed their First Amended Complaint on November 4, 2025. ECF No. 127. Since that time, numerous Defendants have filed motions to dismiss. On June 4, 2026, the Court held a status conference regarding responsive pleadings due to the number of Defendants submitting motions to dismiss. ECF No. 590. The Court instructed that Defendants file a consolidated motion to dismiss, and any issues unique to a particular Defendant could be raised in a separate motion. Counsel are required to meet and confer by June 18, 2026. *Id*. Further, the Parties are required to submit a notice regarding conferral and a briefing schedule by June 25, 2026. *Id*.

Because the date for the Tulane Plan to respond to the First Amended Complaint is after

the Court's June 4, 2026, Conference, but before the date by which the parties to the lawsuit are

ordered to submit a proposed briefing schedule on the motions to dismiss, Plaintiff and the Tulane

Plan make this request to extend the date by which the Tulane Plan must respond to the First

Amended Complaint to be the date identified in the parties' June 25, 2026 briefing schedule as the

date to file responsive pleadings.


    Respectfully submitted,

BRIAN S. KING, P.C.

*s/ Brian S. King*
Brian S. King, #4610
420 East South Temple, Suite 420
Salt Lake City, UT  84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
Email: Brian@briansking.com

SARAH J. BAKER PC
Sarah J. Baker
P.O. Box 4551
Eagle, CO  81631
Telephone: (970) 331-0799
Email: sbaker@sbakerpc.com

*Attorneys for Plaintiffs*

JACKSON LEWIS, P.C.

*s/ Donald P. Sullivan*
Donald P. Sullivan
50 California St., 9th Floor
San Francisco, CA  94111
Telephone:  (415) 796-5453
Facsimile:   (415) 394-9401
Email: Donald.Sullivan@jacksonlewis.com

René E. Thorne
601 Poydras Street, Suite 1400
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:      (504) 208-1759
Email: Rene.Thorne@jacksonlewis.com

*Attorneys for Defendant*
*Tulane University Welfare Benefit Plan*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all attorneys of record.

Pursuant to D.C. COLO. RCivR. 6.1, I further hereby certify that the foregoing motion was served by email on Tulane Plan client representatives: David Stein.

 s/ *Donald P. Sullivan*
Jackson Lewis P.C.

Pursuant to D.C.COLO.RCivR. 6.1, I further hereby certify that the foregoing motion was served by email on the following individual designated to accept service on behalf of Plaintiffs:

Sarah J. Baker
General Counsel
All Points North
2205 Cordillera Way
Edwards, CO 81632
sbaker@apn.com

 */s/Brian King*
Brian King

4906-8849-2457, v. 2