**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

CSMN OPERATIONS LLC, et al.

*Plaintiffs*,

v.

ROCKY MOUNTAIN HOSPITAL and MEDICAL
SERVICES INC, d/b/a ANTHEM BLUECROSS
and BLUESHIELD, et al.,

No. 1:25-cv-1965 -SKC-CYC

*Defendants*.

---

**SIXTH JOINT MOTION TO EXTEND THE DEADLINE FOR WELLSKY HEALTH
AND WELFARE PLAN'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

Plaintiffs, by and through their undersigned counsel, and Defendant, WellSky Health and Welfare Plan ("WellSky"), by and through their undersigned counsel, submit this joint motion to extend the deadline for Defendant WellSky to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF 127).

Plaintiffs filed their First Amended Complaint on November 4, 2025. Pursuant to the Court's Order, ECF No. 140, WellSky's deadline for filing an answer or otherwise responding to the First Amended Complaint is December 30, 2025.

The parties sought a first extension to avoid holiday conflicts and to accommodate WellSky's counsel's previously scheduled late January arbitration commitments up to and including February 13, 2026 (ECF 208). The parties then sought additional extensions to allow time for them to meet and confer and discuss the possibilities of an early resolution up to and including June 18, 2026.

The parties now seek a sixth extension to continue to allow time for them to meet and confer and discuss the possibilities of an early resolution.

-2-

Therefore, the parties respectfully request that the Court extends WellSky's deadline to

respond to Plaintiffs' First Amended Complaint **up to and including July 1, 2026**.

Respectfully submitted this 18th day of June 2026.

| | |
|---|---|
| /s/ Brian S. King | /s/ Timothy R. Farrell |
| BRIAN S. KING | Timothy R. Farrell |
| **BRIAN S. KING, P.C.** | **ROPES & GRAY LLP** |
| 420 East South Temple, Suite 420 | 191 North Wacker Drive, 32nd Floor |
| Salt Lake City, UT 84111 | Chicago, IL 60606 |
| (801) 532-1739 | (312) 845-1200 |
| brian@briansking.com | timothy.farrell@ropesgray.com |
| | |
| ***Attorney for Plaintiffs*** | Kendall V. Dacey |
| | **ROPES & GRAY LLP** |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, MA 02199 |
| | (617) 951-7000 |
| | kendall.dacey@ropesgray.com |
| | |
| | ***Attorneys for Defendant WellSky Health and Welfare Plan*** |

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of the filing to all attorneys of record in this matter. In addition, service was made upon the following individuals designated to accept service on behalf of the moving parties:

*For Plaintiffs CSMN Operations LLC and CSMN Operations II LLC*:
Sarah J. Baker
General Counsel
All Points North
2205 Cordillera Way
Edwards, CO 81632
sbaker@apn.com

-2-

-3-

*For Defendant WellSky*:
Alex B. Judd
Associate General Counsel
WellSky Health and Welfare Plan
WellSky Corporation
11300 Swizer Road
Overland Park, KS 66210
Alex.Judd@WellSky.com

-3-