**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CSMN OPERATIONS LLC *et. al.*,

      Plaintiff(s),

v.                                            Civil Action No.: 1:25-cv-1965-SKC-CYC

ROCKY MOUNTAIN HOSPITAL and
MEDICAL SERVICE INC., d/b/a ANTHEM
BLUECROSS and BLUESHIELD, *et al.*,

      Defendant(s).

---

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

---

Brian S. King, #4610
BRIAN S. KING, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Plaintiffs, through their undersigned counsel, and pursuant to Fed. R. Civ. P. 55(a) respectfully request that the Court enter an Order of Default against Defendants Domtar US Salaried Plan ("Domtar"), MEDNAX Services ("MEDNAX"), and Association of State Farm Group Medical PPO Plan ("State Farm") (collectively, "Defendants").

## BACKGROUND

Plaintiffs filed their original Complaint on June 24, 2025. ECF 1. The Court subsequently issued a summons as to Domtar and State Farm on July 14, 2026, ECFs 6-3, 6-7; ECF 8 at 7, 15. Plaintiffs timely served Domtar on July 25, 2026 at 12:47 PM, ECF 16-1, and State Farm on July 28, 2026 at 11:22 AM, ECF 21-1. Plaintiffs filed an Amended Complaint on November 4, 2025 and named MEDNAX as a defendant for the first time. *See* ECF 127. Accordingly, the Court issued a summons for MEDNAX on November 26, 2026, ECFs 136-7, 137 at 15, and Plaintiffs served MEDNAX on December 8, 2026 at 11:51 AM, ECF 139 at 1. No counsel has appeared for Defendants and Defendants have failed to answer or otherwise defend against the allegations of the Amended Complaint.

## ARGUMENT

In accordance with Fed. R. Civ. P. 4, Plaintiffs successfully served Defendants well over 21 days ago. Defendants have not appeared, answered the

Complaint, nor otherwise defended against the Complaint's allegations. Therefore,

a Plaintiffs request the Court enter an Order of Default against Defendants.

Dated this day, July 6th, 2026.

/s/ Brian King
Brian S. King, #4610
BRIAN S. KING, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing was filed via

CM/ECF on July 6, 2026, which will send notification of such filing to all counsel of

record.

/s/ Brian King
Brian S. King

## AI CERTIFICATION

Pursuant to this Court's Civil Standing Order § 2(C), Plaintiffs hereby certify

that no portion of this opposition memorandum was drafted by generative artificial

intelligence.

/s/ Brian King
Brian S. King

2